IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | ) CASE NO. 09-21953 |
| | ) |
| **BRIAN and CANDACE TALMAGE** | ) CHAPTER 7 CASE |
| | ) |
| Debtor(s) | ) JUDGE: ARTHUR I. HARRIS |
| | ) |

## REMITTANCE OF UNCLAIMED FUNDS

The attached check no. 114, in the amount of $4,634.54, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 USC §347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| Creditor's Name and Address | Claim No. | Amount of Claim | Amount of Dividend |
|---|---|---|---|
| Citifinancial, Inc.<br>PO Box 140489<br>Irving TX 75014-0489 | 69 | $14,858.53 | $4,634.54 |

Date   4/15/11

**STEVEN S. DAVIS, TRUSTEE**
Steven S. Davis Co., LPA
450 Standard Bldg.
1370 Ontario Street
Cleveland, Ohio 44113
(216) 781-7272  Fax No. (216) 781-3312
sdavis@epitrustee.com